**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Valerie Moorman, ) | No. CV10-01888-PHX-NVW |
| Plaintiff, ) | **ORDER** |
| vs. ) |  |
| Roosevelt Irrigation District, ) |  |
| Defendant. ) |  |

Before the Court is Defendant's Motion to Strike Amended Complaint. (Doc. 14.) Plaintiff initially filed her complaint on September 3, 2010. (Doc. 1.) Defendant moved to dismiss Plaintiff's complaint on October 8, 2010. (Doc. 8.) The Court issued an order granting in part and denying in part Defendant's motion to dismiss on November 1, 2010. (Doc. 11.) On November 2, 2010, Plaintiff filed her amended complaint. (Doc. 12.)

Defendant now moves to strike Plaintiff's amended complaint for failure to comply with Fed. R. Civ. P. 15(a)(1)(B) and 15(a)(2) because Plaintiff filed her complaint one day after the expiration of her time to amend her complaint as a matter of course and without obtaining leave of the Court or Defendant's written consent to file her amended complaint. However, the Court sees Plaintiff's one day delay in filing the amended complaint as harmless error. Accordingly, and in light of the Court's mandate to give leave to amend freely when justice so requires, Plaintiff's amended complaint (Doc. 12) will be deemed a motion for leave to file an amended complaint, which will be granted.

1       In its motion to strike, Defendant also raises other potential objections to Plaintiff's amended complaint, specifically regarding Plaintiff's claim for punitive damages. Defendant may raise these objections directly, if it chooses, in a motion for judgment on the pleadings.

      IT IS THEREFORE ORDERED that Plaintiff's amended complaint (Doc. 12) be deemed a motion for leave to file an amended complaint, which is hereby granted.

      IT IS FURTHER ORDERED that Defendant's Motion to Strike Amended Complaint (Doc. 13) is denied as moot.

      DATED this 3rd day of December, 2010.

_____
Roslyn O. Silver
United States District Judge