**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Valerie Moorman, ) | No. CV 10-01888-PHX-NVW |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Roosevelt Irrigation District, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Before the Court is Defendant's Motion for Summary Judgment (Doc. 31), the Response, and the Reply. Plaintiff alleges claims for failure to promote and for termination of employment. Defendant's Motion makes all the necessary showings to defeat Plaintiff's claims on the grounds presented in the Motion. Plaintiff presents no evidence in opposition to the Motion.

Plaintiff's Response lists a number of paragraphs that he does not oppose and summarily states that he disputes other parts of Defendant's statement of facts. Such a response does not meet the requirements of Local Rule 56.1(b), which requires the adverse party to respond to each of the moving party's assertions of fact in a separately numbered paragraph, and more importantly, to provide "a reference to the specific admissible portion of the record supporting the party's position if the fact is disputed."

1  Plaintiff's own Statement of Facts (Doc. 33-1) does not cite to any admissible
2 evidence in support of its assertions, and it does not submit any evidence or any
3 documentation at all.
4  The Court has considered all the filings on this Motion and grants it on the
5 undisputed evidence, which is only the Defendant's evidence.
6  IT IS THEREFORE ORDERED that Defendant's Motion for Summary Judgment
7 (Doc. 31) is granted.
8  IT IS FURTHER ORDERED that the Clerk enter judgment in favor of Defendant
9 and that Plaintiff take nothing.  The Clerk shall terminate this action.
10  DATED this 16th day of December, 2011.

_____
Neil V. Wake
United States District Judge